SENATE SELECT COMMITTEE ON SE-
CRET MILITARY ASSISTANCE TO
IRAN and the Nicaraguan Opposition

v.

Richard V. SECORD.

Miscellaneous No. 87–0090.

United States District Court,
District of Columbia.

Nov. 16, 1987.

*ORDER*

AUBREY E. ROBINSON, Jr., Chief
Judge.

Pursuant to the mandate issued by the
Court of Appeals in this matter, it is by the
Court this 16th day of November, 1987,

ORDERED, that this Court's Order of
April 16, 1987 is hereby VACATED; and it
is

FURTHER ORDERED, that the Com-
plaint in this action is DISMISSED as moot.